In the Matter of BRUCE A. HOOD, Appellant, against E. FREDERICK EILERT et al., Constituting the Board of Elections of the County of Westchester, et al., Respondents.

HORACE M. GRAY, Intervener, Respondent.

Argued October 7, 1937; decided October 12, 1937.

*William A. Walsh* and *William J. Wallin* for appellant.

*Leonard G. McAneny, Corporation Counsel (Morris L. Rosenwasser* and *John J. Broderick* of counsel), for William H. McCabe, as City Clerk of the City of Yonkers, respondent.

*Laurence Arnold Tanzer* and *Arthur Carter Hume* for Horace M. Gray, intervener, respondent.

Order affirmed, without costs. We determine solely the question of the method of submission. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.